**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Ronald L. Stone, a single man, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Morar and Ushaben Ahir, husband and wife, *et al.*, <br><br> Defendants. | No. CV 11-724-PHX-DGC <br><br><br> **ORDER** |

Having received the parties Stipulated Motion for Dismissal (Doc. 47) in accordance with satisfaction of Settlement, and good cause appearing therefor;

**IT IS HEREBY ORDERED** that this action is dismissed, each party to pay their own costs and attorneys' fees.

DATED this 6th day of April, 2012.

*David G. Campbell*
————————————————
David G. Campbell
United States District Judge